58 So.3d 440 (2011)
Vincent BILELLO, Appellant,
v.
STATE FARM FLORIDIAN INSURANCE COMPANY, Appellee.
No. 4D09-4995.
District Court of Appeal of Florida, Fourth District.
April 20, 2011.
Jonathan Mann of Law Offices of Robin Bresky, Boca Raton, and Peter G. Walsh of Stabinski & Funt, P.A., Miami, for appellant.
Elizabeth K. Russo of Russo Appellate Firm, P.A., Miami, and Bernstein, Chackman, Liss & Rose, Hollywood, for appellee.
PER CURIAM.
Affirmed. See Ellie's 50's Diner, Inc. v. Citizens Prop. Ins. Corp., 54 So.3d 1081 (Fla. 4th DCA 2011).
GROSS, C.J., HAZOURI and CIKLIN, JJ., concur.